

# Johnson & Associates

**Police Expert Witness Services**

Ernest L. Johnson  
Director of Services  
1036 Durango  
Douglas, WY 82633

Cell/Bus Phone (307) 351-8614  
Fax:  (307) 358-4315  
E-mail: janda@communicomm.com

## FEE SCHEDULE FOR SERVICES

SERVICES PROVIDED: Initial case assessment and consultation; follow-up review and advisement; depositions and court testimony.

Hourly:…………………………….. $125.00

Initial Case Review (Retainer):……. $450.00 Minimum

Deposition and Court Testimony:…. $1,000.00 per day - Minimum  
(If additional travel time required - billed extra at hourly rate)

Expenses:………………………….. Actual