# EXHIBIT B
## Affidavit of Torin Chambers

Bruce A. Salzburg
Attorney General

John W. Renneisen
Deputy Attorney General

Christine Cox
Senior Assistant Attorney General
Herschler Building, First Floor West
Cheyenne, WY 82002
(307) 777-7250
 (307) 777-8920 facsimile

Attorneys for Perry Rockvam, Scott Steward and Torin Chambers in their Individual Capacities.

## IN THE UNITED STATES DISTRICT COURT,
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RUDOLF DEHAAN, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 07-CV-257-J |
| ) | |
| PERRY ROCKVAM, et al. ) | |
| ) | |
| Defendants. ) | |

### *AFFIDAVIT OF TORIN CHAMBERS*

I, Torin Chambers, being of lawful age and duly sworn upon oath, depose and state as follows:

1. I was an officer with the Cody Police Department (CPD) from April 27, 1998 to February 2, 2007.

2. I have knowledge about the information contained in this affidavit by personal knowledge.

3. On October 29, 2004, I was a Sergeant with the CPD.

4. I know Rudolf Dehaan through his many contacts with CPD.

5. During the time period including October 29, 2004, I was scheduled on the day shift working from 6:00 a.m. to 2:00 p.m.

6. On October 29, 2004, I prepared an affidavit and presented it to the County Attorney for possible prosecution of Mr. Dehaan.

10. On October 29, 2004, I left service at 4:00 p.m. after attending a meeting at city hall and did not return to service until 5:54 a.m. the morning of October 30, 3004.

11. I was not on duty, was not present and did not participate in the arrest of Rudolf Dehaan on October 29, 2004.

FURTHER AFFIANT SAYETH NAUGHT this  13  day of  June , 2008.

_____
TORIN CHAMBERS

STATE OF UTAH        )
                     ) ss.
COUNTY OF Salt Lake  )

I, Torin Chambers, being first duly sworn upon oath, do depose and say: That I am the within-named affiant and that I have read the above and foregoing instrument, know and understand the contents thereof, and believe them to be true.

_____
TORIN CHAMBERS


STATE OF UTAH        )
                     ) ss.
COUNTY OF Salt Lak   )

The foregoing document was hereby acknowledged personally before me by Torin Chambers this 13 day of June, 2008.

WITNESS my hand and official seal.

_____
Notary Public

My commission expires: 17 march 2011



DOREEN BOWERS-IRONS
NOTARY PUBLIC • STATE OF UTAH
3243 SOUTH MAPLE WAY
WEST VALLEY CITY, UT 84119
COMM. EXP. 03-17-2011