# EXHIBIT C
## Affidavit of Perry Rockvam

Dehaan v. Rockvam, Case. No. 07-CV-257-J
Memorandum in Support of Motion for Summary Judgment

Bruce A. Salzburg
Attorney General

John W. Renneisen
Deputy Attorney General

Christine Cox
Senior Assistant Attorney General
Herschler Building, First Floor West
Cheyenne, WY 82002
(307) 777-7250
 (307) 777-8920 facsimile

Attorneys for Perry Rockvam, Scott Steward and Torin Chambers in their Individual Capacities.

IN THE UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RUDOLF DEHAAN, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 07-CV-257-J |
| ) | |
| PERRY ROCKVAM, et al. ) | |
| ) | |
| Defendants. ) | |

### *AFFIDAVIT OF PERRY ROCKVAM*

I, Perry Rockvam, being of lawful age and duly sworn upon oath, depose and state as follows:

1.      I am currently the Chief of Police of the Cody Police Department (CPD) and have been in this position since 2004.

2.      I have knowledge about the information contained in this affidavit by personal knowledge and review of department records kept in the normal course of business.

3. Rudolf Dehaan was arrested at 8:26 p.m. on October 29, 2004, on a warrant for his arrest. (*See* Attachment 1 - CPD Incident Report and Arresting documents).

4. Mr. Dehaan was arrested by Officer Jason Stafford at the Wigwam Hotel located at 1701 Alger Avenue in Cody, Wyoming, on a warrant for violating a protection order. *Id.*

5. The officers present on the scene were Jason Stafford, Officer Jon Beck and Chan Richard. *Id.*

6. Mr. Dehaan was apprehended without incident or handcuffs by Officer Stafford. *Id.*

7. Mr. Dehaan was transported to the Park County Detention Center by Officer Richard. *Id.*

8. Officer Torin Chambers was not present on the scene and did not participate in the arrest of Mr. Dehaan. *Id.*

9. In fact, Officer Torin Chambers was not on shift the evening of Mr. Dehaan's arrest. (*See* Attachment 2 - CPD Schedule for Officer Chambers).

10. Officer Chambers ended his shift and left service at 4:07 p.m. on October 29, 2004 and did not return to service until 5:54 a.m. on October 30, 2004. (*Id.*)

11. I had no personal knowledge of Mr. Dehaan's arrest on October 29, 2004, until I received notice of the lawsuit filed against me regarding his arrest.

FURTHER AFFIANT SAYETH NAUGHT this 12th day of June, 2008.

_____
PERRY ROCKVAM

STATE OF WYOMING )
                 ) ss.
COUNTY OF CARBON )

I, Perry Rockvam, being first duly sworn upon oath, do depose and say: That I am the within-named affiant and that I have read the above and foregoing instrument, know and understand the contents thereof, and believe them to be true.

_____
PERRY ROCKVAM

STATE OF WYOMING )
                 ) ss.
COUNTY OF WESTON )

The foregoing document was hereby acknowledged personally before me by Perry Rockvam this 12th day of June, 2008.

WITNESS my hand and official seal.

[NOTARY SEAL: VERNA DEVRIES, NOTARY PUBLIC, COUNTY OF PARK, STATE OF WYOMING, MY COMMISSION EXPIRES SEPTEMBER 27, 2010]

_____
Notary Public

My commission expires: 9-27-10

# Rockvam Affidavit

## Attachment 1

# CODY POLICE DEPARTMENT

1402 RIVER VIEW DR    CODY, WY 82414    307-527-8700

## INCIDENT REPORT

Page 1

04-2727

| Offenses | Description | Fel/Misd | Date Occurred | Time Occurred | Area | Date Printed |
|---|---|---|---|---|---|---|
| WARRANT | WARRANT SERVICE | | 10/29/2004 | 2026 | 53 | 12/13/2007 |

| | | | Date Reported | Time Reported | Beat | Time Printed |
|---|---|---|---|---|---|---|
| | | | 10/29/2004 | 2026 | C | 13:33:05 |

| | | | Disposition Date | Disposition | | Incident Number |
|---|---|---|---|---|---|---|
| | | | 10/29/2004 | Clred By Adult Arrest | | 041029116 |

**Location**: 1701 Alger Ave, #14, Cody, WY 82414
**Location Type**: Motel/Hotel
**Point of Entry**:

**Means of Attack**: 
**Location of Entry**: 
**Method of Entry**: 
**Alarm System**:

### Reporting Party / Victim

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| | | | | | |

| Business Name and Address | Business Phone | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|
| | | | | | |

**Assistance Rendered/Victim Disposition**: 
**Transporting Agency**:

**Description of Injuries**: 
**Other Information**:

### Name

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| | | | | | |

| Business Name and Address | Business Phone | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|
| | | | | | |

**Suspect Arrested**: Dehaan, Rudolf
**Action Taken**: BOOKING
**Charges**: WARRANT

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| 141 Grace, Worland, WY 82401 | 272-9852 | 01/04/1961 | 43 | M | W |

| Business Name and Address | Business Phone | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|
| Dave Newton Drilling, Clark, WY 82601 | | 5'10" | 175 | BRO | HAZ |

**Identifying Features**: Scars: BACK, LF ARM, RF ARM  Speech: Clear  Build: Slender  Complexion: Light  Facial Hair: None  Glasses

**Arrest Number**: 60
**Drivers License**: 101093557 WY
**SSN**: 520867179

| Status | Vehicle Make and Model | License/State | Vehicle Type |
|---|---|---|---|
| | | | |

| No. | Status | Item Description | Value | Val Recoverd | Val Damaged |
|---|---|---|---|---|---|
| | | | | | |

**Solvability Factors**: Case Solved

| Prepared By | Date | Assisted By | Approved By | Date |
|---|---|---|---|---|
| C16 - Stafford, Jason | 10/29/2004 | C08CR - Richard, Chan | C02SP - Penwell, Steve | 11/01/2004 |

**Route To**: 
**Date**: 
**Notes**:

DEHAAN-000141



| CODY POLICE DEPARTMENT | Page 2 |
|---|---|
| 1402 RIVER VIEW DR   CODY, WY 82414   307-527-8700 | |
| NARRATIVE | 04-2727 |

### SUMMARY

Rudolf Paul Dehaan, SR. was arrested on a Circuit Court warrant for violation of a protection order and booked into the Park County Jail pending arraignment.

### ENCLOSURES

1. Park County Detention Facility Remand Report.
2. Copy of the Circuit Court warrant for Rudolf Dehaan, SR.'s arrest.

### WARRANT INFORMATION

Warrant #: CR-2004-124-COD
Court: Circuit Court
Date of Issue: 10/29/04
Offense: Violation of a protection issue
Bond: None
Judge: Bruce B. Waters

### INVESTIGATION

On Friday, October 29, 2004, at approximately 8:26 p.m., Officer Richard, Officer Beck and myself went to the Wigwam Hotel, located at 1701 Alger Avenue, Cody, Wyoming, to try and locate Rudolf Paul DEHAAN, SR. We knew that there was an active Circuit Court warrant for DEHAAN'S arrest for violating a protection order. Officer Beck and myself had made contact with DEHAAN in room #14 the night before and he told us he was living there.

While I was approaching the room I saw a male subject standing outside that I knew was DEHAAN. I approached DEHAAN and told him about the warrant. I told him that he was under arrest and attempted to handcuff him. I then found that DEHAAN had a large cast on his right arm so I was unable to handcuff him.

### SEARCH AND SEIZURE

I then searched DEHAAN incident to arrest but found nothing other the personal property that was left in his hotel room.

### INVESTIGATION CONTINUED

DEHAAN was then placed in Officer Richard's car as it was closest to the arrest location. Officer Richard took DEHAAN to the Park County Detention Center and booked him in. I also went to the detention center and served DEHAAN a copy of the warrant.

### UNDEVELOPED LEADS

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| C16 | STAFFORD, JASON | 10/30/2004 | C02SP | PENWELL, STEVE | 11/01/2004 |



| CODY POLICE DEPARTMENT | Page 3 |
|---|---|
| 1402 RIVER VIEW DR    CODY, WY 82414    307-527-8700 | |
| NARRATIVE | 04-2727 |

None

**STATUS**

Case closed with the arrest of DEHAAN on a Circuit Court warrant for violating a protection order.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| C16 | STAFFORD, JASON | 10/30/2004 | C02SP | PENWELL, STEVE | 11/01/2004 |

DEHAAN-000143

## PARK COUNTY DETENTION FACILITY REMAND REPORT
To be filled out by arresting officer.
To assure proper disposition of arrestee,
Complete this form in full.

Arrestee Name: DeHaan, Rudolph
           Last         First        Middle

DOB 1-4-61   SSN 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   D/L 5208671??   State WY

Agency: PCSO ( )   CPD (X)   Powell ( )   WHP ( )   Other _____

Arrest Location: Wig-Wam 17th St   Date 10-29-04   Time 8:40 pm

Officer(s): Stafford, Richens

Charge(s):
Violation of projection order   How released: Waters
_____   How released: _____
_____   How released: _____

1. Per §14-6-206(b) Parent or Guardian must be contacted by arresting officer.
   Person contacted: _____ Date/Time _____

2. Are you aware of any illness or injury to the prisoner? NO

3. Are you aware of any necessary medication for the prisoner? NO

4. Was the individual arrested in a motor vehicle? No

5. Vehicle disposition _____

I do hereby certify the above statements are true and correct to the best of my knowledge
Officer Signature/No.

The Park County Sheriff's Department hereby accepts the aforementioned prisoner into custody.

Detention Office Signature: _____
Time/Date: 10/29/04 2035

Enclosure # 1   Page # 1
Case # 04-2727
Officer Stafford

DEHAAN-000144

## IN THE CIRCUIT COURT, FIFTH JUDICIAL DISTRICT
## PARK COUNTY, WYOMING (CODY)

| | |
|---|---|
| STATE OF WYOMING, *Plaintiff,* vs. RUDOLF PAUL DEHAAN, SR. *Defendant.* | Criminal Docket No. CR-2004-124-COD |

## WARRANT

TO THE SHERIFF OF SAID COUNTY, GREETINGS:

**WHEREAS**, Affidavit having been made before me, on oath, that the above-named Defendant, in Park County, Wyoming, did on or between October 9, 2004, and October 10, 2004, did willfully violate a protection order as defined by W.S. 35-21-102(a)(v), in violation of Wyoming Statute §6-4-404(a), a misdemeanor punishable by imprisonment for not more than six (6) months, a fine of not more than $750.00, or both, contrary to the form of the Statute in such case made and provided, and against the peace and dignity of the State of Wyoming.

**NOW, THEREFORE**, in the name of the State of Wyoming, you are hereby commanded forthwith to apprehend and arrest the above-named Defendant and bring the Defendant before the Court to be dealt with according to law.

Honorable Bruce B. Waters
Circuit Court Judge
October 29 2007
DATE

| D.O.B. | 01/04/1961 |
|---|---|
| S.S.N. | 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 |
| L.K.A. | Unknown |

Enclosure # 2  Page # 1
Case # 04-2727
Officer Stafford

STATE OF WYOMING ) ss
COUNTY OF PARK )

**RETURN**

I hereby certify that I received the above Warrant, together with a copy of the Information filed in the above matter, that I served the same in Park County on _____ by delivering copies of both to _____ at _____.

BY: _____
SHERIFF
_____
DEPUTY

State v. Dehaan Sr.
Misdemeanor Warrant
Page 4

**DEHAAN-000145**

# Rockvam Affidavit
## Attachment 2

Dehaan v. Rockvam, Case. No. 07-CV-257-J
Memorandum in Support of Motion for Summary Judgment

May 05, 2008            CODY POLICE DEPARTMENT            1 Of 1

## Log Search Results
### Date Between 10/29/04 and 10/29/04, Unit # is C12

| Date | Time | Incident # | Text | Unit ID | User ID | Incident Type | Agency C | Terminal # |
|---|---|---|---|---|---|---|---|---|
| 10/29/2004 | 05:54:39 | 0 | CLR - on duty Beats: C: Chambers, Torin. | C12 | TBALL | | CPD | 2 |
| 10/29/2004 | 06:27:45 | 0 | OFC. | C12 | TBALL | | CPD | 2 |
| 10/29/2004 | 08:50:50 | 041029022 | ENRT. 1701 Alger Ave, Cody | C12 | MHORMAN | ATL | CPD | 1 |
| 10/29/2004 | 08:50:50 | 041029022 | ARRIV. | C12 | MHORMAN | ATL | CPD | 1 |
| 10/29/2004 | 08:50:58 | 041029022 | speaking with the RP on the phone | C12 | MHORMAN | | CPD | 1 |
| 10/29/2004 | 09:13:46 | 041029022 | Case number CPD 04-2720 assigned to 041029022 | C12 | MHORMAN | | CPD | 1 |
| 10/29/2004 | 09:13:52 | 041029022 | CLR. | C12 | MHORMAN | ATL | CPD | 1 |
| 10/29/2004 | 09:13:52 | 041029022 | Closed - Disposition SC | C12 | MHORMAN | | CPD | 1 |
| 10/29/2004 | 09:19:25 | 0 | OFC. | C12 | MHORMAN | | CPD | 1 |
| 10/29/2004 | 09:46:42 | 041029034 | ENRT. Shoshone First Bank Albertsons, 1825 17TH St, Cody | C12 | MHORMAN | ALARM | CPD | 1 |
| 10/29/2004 | 09:47:50 | 041029034 | ARRIV. | C12 | MHORMAN | ALARM | CPD | 1 |
| 10/29/2004 | 09:52:43 | 041029034 | CLR. employee error | C12 | MHORMAN | ALARM | CPD | 1 |
| 10/29/2004 | 10:13:05 | 0 | OFC. | C12 | MHORMAN | | CPD | 1 |
| 10/29/2004 | 10:57:28 | 0 | OUT. county attys office | C12 | MHORMAN | | CPD | 1 |
| 10/29/2004 | 11:12:44 | 0 | OFC. | C12 | MHORMAN | | CPD | 1 |
| 10/29/2004 | 11:49:01 | 041029056 | ENRT. Shoshone First Bank Albertsons, 1825 17TH St, Cody | C12 | CCALLAWAY | ALARM | CPD | 2 |
| 10/29/2004 | 11:51:13 | 041029056 | ARRIV. | C12 | MHORMAN | ALARM | CPD | 1 |
| 10/29/2004 | 11:51:33 | 041029056 | C12 is IC again | C12 | MHORMAN | | CPD | 1 |
| 10/29/2004 | 11:56:20 | 041029056 | CLR. employee error again | C12 | MHORMAN | ALARM | CPD | 1 |
| 10/29/2004 | 12:03:04 | 041029056 | enroute to Chadwicks w/1 grey striped kitten | C12 | MHORMAN | | CPD | 1 |
| 10/29/2004 | 12:53:12 | 041029065 | ENRT. 2821 Rocky Rd, #105, Cody | C12 | CCALLAWAY | ASSAULT | CPD | 2 |
| 10/29/2004 | 12:54:55 | 041029065 | ARRIV. AREA | C12 | CCALLAWAY | ASSAULT | CPD | 2 |
| 10/29/2004 | 13:13:04 | 041029065 | Case number CPD 04-2724 assigned to 041029065 | C12 | MHORMAN | | CPD | 1 |
| 10/29/2004 | 13:13:14 | 041029065 | CLR. parents came home | C12 | MHORMAN | ASSAULT | CPD | 1 |
| 10/29/2004 | 13:25:47 | 0 | OFC. | C12 | MHORMAN | | CPD | 1 |
| 10/29/2004 | 14:29:55 | 041029077 | ENRT. 2900 Big Horn Ave, Cody | C12 | MHORMAN | OTHERLAW | CPD | 1 |
| 10/29/2004 | 14:29:55 | 041029077 | ARRIV. | C12 | MHORMAN | OTHERLAW | CPD | 1 |
| 10/29/2004 | 14:29:59 | 041029077 | Case number CPD 04-2726 assigned to 041029077 | C12 | MHORMAN | | CPD | 1 |
| 10/29/2004 | 14:30:02 | 041029077 | CLR. | C12 | MHORMAN | OTHERLAW | CPD | 1 |
| 10/29/2004 | 14:30:03 | 041029077 | Closed - Disposition SC | C12 | MHORMAN | | CPD | 1 |
| 10/29/2004 | 14:32:41 | 0 | OUT. city hall | C12 | MHORMAN | | CPD | 1 |
| 10/29/2004 | 16:07:59 | 0 | OFF. | C12 | CCALLAWAY | | CPD | 2 |

32 Records

DEHAAN-000510

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
May 05, 2008 | | | CODY POLICE DEPARTMENT | | | | | 1 Of 1

## Log Search Results
### Date Between 10/30/04 and 10/30/04, Unit # is C12

| Date | Time | Incident # | Text | Unit ID | User ID | Incident Type | Agency C | Terminal # |
|---|---|---|---|---|---|---|---|---|
| 10/30/2004 | 05:54:45 | 0 | CLR - on duty  Beats: C: Chambers, Torin. | C12 | TBALL | | CPD | 1 |
| 10/30/2004 | 06:00:12 | 0 | OFC. | C12 | TBALL | | CPD | 1 |
| 10/30/2004 | 07:20:28 | 041030014 | ENRT. 1408 Alger Ave, Cody | C12 | TBALL | AMBULANC | CPD | 1 |
| 10/30/2004 | 07:30:41 | 041030014 | CLR. | C12 | TBALL | AMBULANC | CPD | 1 |
| 10/30/2004 | 07:30:59 | 0 | OUT. maverick | C12 | TBALL | | CPD | 1 |
| 10/30/2004 | 07:43:08 | 0 | CLR. | C12 | MHORMAN | | CPD | 2 |
| 10/30/2004 | 12:00:10 | 0 | OFF. | C12 | MHORMAN | | CPD | 2 |

7 Records

DEHAAN-000511