# CODY POLICE DEPARTMENT
**1402 RIVER VIEW DR   CODY, WY 82414   307-527-8700**
## INCIDENT REPORT

Page 1
04-2727

| Offenses | Description | Fel/Misd | Date Occurred | Time Occurred | Area | Date Printed |
|---|---|---|---|---|---|---|
| WARRANT | WARRANT SERVICE | | 10/29/2004 | 2026 | 53 | 12/13/2007 |

| | | | Date Reported | Time Reported | Beat | Time Printed |
|---|---|---|---|---|---|---|
| | | | 10/29/2004 | 2026 | C | 13:33:05 |

| | | | Disposition Date | Disposition | | Incident Number |
|---|---|---|---|---|---|---|
| | | | 10/29/2004 | Clred By Adult Arrest | | 041029116 |

**Location:** 1701 Alger Ave, #14, Cody, WY 82414
**Location Type:** Motel/Hotel
**Point of Entry:**

**Means of Attack:**
**Location of Entry:**
**Method of Entry:**
**Alarm System:**

### Reporting Party / Victim

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| | | | | | |

| Business Name and Address | Business Phone | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|
| | | | | | |

**Assistance Rendered/Victim Disposition:**
**Transporting Agency:**
**Description of Injuries:**
**Other Information:**

### Name

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| | | | | | |

| Business Name and Address | Business Phone | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|
| | | | | | |

**Suspect Arrested:** Dehaan, Rudolf
**Action Taken:** BOOKING
**Charges:** WARRANT

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| 141 Grace, Worland, WY 82401 | 272-9852 | 01/04/1961 | 43 | M | W |

| Business Name and Address | Business Phone | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|
| Dave Newton Drilling, Clark, WY 82601 | | 5'10" | 175 | BRO | HAZ |

**Identifying Features** Scars: BACK, LF ARM, RF ARM Speech: Clear Build: Slender Complexion: Light Facial Hair: None Glasses
**Arrest Number:** 60
**Drivers License:** 101093557 WY
**SSN:** 520867179

| Status | Vehicle Make and Model | License/State | Vehicle Type |
|---|---|---|---|
| | | | |

| No. | Status | Item Description | Value | Val Recoverd | Val Damaged |
|---|---|---|---|---|---|
| | | | | | |

**Solvability Factors:** Case Solved

| Prepared By | Date | Assisted By | Approved By | Date |
|---|---|---|---|---|
| C16 - Stafford, Jason | 10/29/2004 | C08CR - Richard, Chan | C02SP - Penwell, Steve | 11/01/2004 |

| Route To | Date | Notes |
|---|---|---|
| | | |

EXHIBIT 1

DEHAAN-000141



| CODY POLICE DEPARTMENT | Page 2 |
|---|---|
| 1402 RIVER VIEW DR    CODY, WY 82414    307-527-8700 NARRATIVE | 04-2727 |

### SUMMARY

Rudolf Paul Dehaan, SR. was arrested on a Circuit Court warrant for violation of a protection order and booked into the Park County Jail pending arraignment.

### ENCLOSURES

1. Park County Detention Facility Remand Report.
2. Copy of the Circuit Court warrant for Rudolf Dehaan, SR.'s arrest.

### WARRANT INFORMATION

Warrant #: CR-2004-124-COD
Court: Circuit Court
Date of Issue: 10/29/04
Offense: Violation of a protection issue
Bond: None
Judge: Bruce B. Waters

### INVESTIGATION

On Friday, October 29, 2004, at approximately 8:26 p.m., Officer Richard, Officer Beck and myself went to the Wigwam Hotel, located at 1701 Alger Avenue, Cody, Wyoming, to try and locate Rudolf Paul DEHAAN, SR. We knew that there was an active Circuit Court warrant for DEHAAN'S arrest for violating a protection order. Officer Beck and myself had made contact with DEHAAN in room #14 the night before and he told us he was living there.

While I was approaching the room I saw a male subject standing outside that I knew was DEHAAN. I approached DEHAAN and told him about the warrant. I told him that he was under arrest and attempted to handcuff him. I then found that DEHAAN had a large cast on his right arm so I was unable to handcuff him.

### SEARCH AND SEIZURE

I then searched DEHAAN incident to arrest but found nothing other the personal property that was left in his hotel room.

### INVESTIGATION CONTINUED

DEHAAN was then placed in Officer Richard's car as it was closest to the arrest location. Officer Richard took DEHAAN to the Park County Detention Center and booked him in. I also went to the detention center and served DEHAAN a copy of the warrant.

### UNDEVELOPED LEADS

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| C16 | STAFFORD, JASON | 10/30/2004 | C02SP | PENWELL, STEVE | 11/01/2004 |



| CODY POLICE DEPARTMENT | Page 3 |
|---|---|
| 1402 RIVER VIEW DR    CODY, WY 82414    307-527-8700 | |
| NARRATIVE | 04-2727 |

None

**STATUS**

Case closed with the arrest of DEHAAN on a Circuit Court warrant for violating a protection order.

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| C16    STAFFORD, JASON | 10/30/2004 | C02SP    PENWELL, STEVE | 11/01/2004 |