# JAIL BOOKING FORM

Printed Y N

**NAME:** Dehaan, Rudolph Sr. NMN
**Locker #:** 76
**File #:** D-227

**Alias – Maiden Name:** "Rudy"
**Date:** 10-29-04
**Time:** 2040

**Age:** 43
**DOB:** 1-4-61
**Place of Birth:** Amsterdam, Holland

**Social Security #:** 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
**DL#:**
**State:**

**Address / Physical Address:** 909 Lane 11
**Phone:** 272-7391

**City & State:** Powell 82435

**Race:** W
**Sex:** M
**Hair:** Bro
**Eyes:** Hzl

**Height:** 510
**Weight:** 165
**Build:** thin
**Complexion:** med

**Married:** Div? X
**S/M/T:** Scar - burn - LR ARM

**Occupation:** roughneck
**Employer:** Caza
**Address or Phone #:** Gillette

**Emergency Contact:** no one
**Relationship:**
**Phone #:**

**Address:**

**Medical Problems:** Broken right arm & wrist. 1 wk and a half old.

**Medicine:** no comp - CHAMBERS
**Allergies-Special Diet:** mayo

**Arresting Ofc.:** Stafford/Richards
**Agency:** CPD
**Warrant #:** CR-2004-124 COD

**Transport Ofc.:** Richards
**Agency:** CPD

**Booking Ofc.:** Marascio/Mathis
**Agency:** P.C.S.O.

**Offenses:** B/W for Violation of protectio[n]

**Court:** District X

**Status:** Arrest X Hold for Arraignment; Sentenced X

**Phone Calls:**

**BOOKING BEHAVIOR:** Compleant

**MISC. INFO:** No Wants/Warrants per Clark
FBI/230767V6 SID/WYO

DEEHAAN-000407

**EXHIBIT 2**

# PRISONER'S PERSONAL PROPERTY RECORD

**PERSONAL PROPERTY**

Searched by: Brown
Credit Cards: Ø
Currency: Ø
Change: Ø
Medications: Ø
Checks: Ø
Total $: Ø

List Each Item:
boots
pants
t-shirt
Flannel
sock
breifs

I certify that the above is a correct list of items removed from my possession at the time I was placed in jail.
Signature X [signature]

**RELEASE**

Bond $:    Paid ☐    O.R. ☐
Release Check Number ☐
Amount: $
Medication returned? Y or N/A

Fine $:   To be paid
Before Rel. ☐  Paid ☐   Date Paid:

Sentence Complete ☐   Transferred ☒ To: BHCO   11/3/04  CK #7837 for $79.04

Temporary Release / Furlough:

Other release information: Rls from BHCO

Releasing Officers: BHCO
Date: 11-7-04
Time: 20:04

I received all the above listed property this 7 day of November, 20 04.

Signature:

DEEHAAN-000408