# PARK COUNTY DETENTION CENTER
## MEDICAL SCREENING FORM



Name: Dehaan, Rudy    Gender: M    DOB: 1-4-61    File#: D-227

Date: 10/29/04    Time: 2040    Booking Officers: Marascio/Mathis

## Booking Officer's Visual Observation

|  | Yes | No |
|---|---|---|
| 1. Does the inmate have pain, bleeding, or other symptoms suggesting the need for medical services? |  | ✓ |
| 2. Are there visible signs of trauma or illness requiring immediate medical care? |  | ✓ |
| 3. Was the inmate treated for injuries or illness prior to incarceration? |  | ✓ |
| 4. Is there obvious fever, swollen glands, jaundice or other evidence of infectious conditions? |  | ✓ |
| 5. Is the skin in good condition and free of vermin? | ✓ |  |
| 6. Does the inmate appear to be under the influence of alcohol? |  | ✓ |
| 7. Does the inmate appear to be under the influence of barbituates, heroin or other drugs? |  | ✓ |
| 8. If yes above, which substance: |  |  |
| 9. Are there any visible signs of alcohol or drug withdrawal symptoms? |  | ✓ |
| 10. Does the inmate's behavior suggest the risk of suicide? |  | ✓ |
| 11. Does the inmate's behavior suggest the risk of assault to staff or other inmates? |  | ✓ |
| 12. Does the inmate carry or report being on medication needing continued availability? |  | ✓ |
| 13. If yes above, required medication: |  |  |
| 14. Does the inmate have any current medical problems being treated or requiring treatment? |  | ✓ |
| 15. If yes above, describe: |  |  |

## Officer / Inmate Questionnaire

Have you ever been treated for:

|  | Yes | No |  | Yes | No |
|---|---|---|---|---|---|
| 1. HIV or AIDS |  | X | 8. Hepatitis C | X |  |
| 2. Alcohol Abuse |  | X | 9. Hypertension |  | X |
| 3. Asthma |  | X | 10. Mental Illness as a child. | X |  |
| 4. Diabetes |  | X | 11. Pregnancy | — | — |
| 5. Drug abuse |  | X | 12. Suicide Attempts |  | ✓ |
| 6. Epilepsy or Siezures |  | X | 13. Tuberculosis |  | ✓ |
| 7. Heart Trouble |  | X | 14. Venereal Disease (Clamedia) | ✓ |  |

| (OTHER) | Yes | No |
|---|---|---|
| A. Do you require glasses or contacts? |  | X |
| B. Do you have false teeth? |  | X |
| C. Have you had a blood transfusion since 1984? |  | X |
| D. Have you ever injected yourself intravenously using a syringe or a needle? 1 1/2 ago | X |  |
| E. To your knowledge, have you ever engaged in sexual contact with someone infected with HIV or AIDS? |  | X |
| F. Have you ever had your blood tested for HIV or AIDS? | X |  |
| G. If so, when: 2004    Test results: neg |  |  |
| H. Have you, for any reason, ever believed that you have been or are currently afflicted with HIV or AIDS? |  | X |
| I. If so, do you desire to have a confidential test of your blood at no expense to you? |  |  |

EXHIBIT 3                    DEEHAAN-000413

# PARK COUNTY DETENTION CENTER SUICIDE PREVENTION SCREENING FORM

| DETAINEE'S NAME: Dehaan, Rudolph | SEX: M | DATE OF BIRTH: 1-4-61 | MOST SERIOUS CHARGE: Viol of Prot Ord | DATE: 10-29-04 | TIME: 2040 |
|---|---|---|---|---|---|
| NAME OF SCREENING OFFICER: Marascio, Mathis | | | DETAINEE SHOWED SERIOUS PSYCHIATRIC PROBLEMS DURING PRIOR INCARCERATION: YES ___ NO ___ | | |

*Check appropriate column for each question*

| | Column A YES | Column B NO | General Comments/Observations |
|---|---|---|---|
| **OBSERVATIONS OF TRANSPORTING OFFICER** | | | |
| 1. Arresting or transporting officer believes that detainee may be a suicide risk. **If YES, notify Jail Administrator or his designee.** | | ✓ | |
| **PERSONAL DATA** | | | |
| 2. Detainee lacks close family or friends in the community. | | ✓ (No Family/Friends) | |
| 3. Detainee has experienced a significant loss within the last six(6) months (e.g. loss of job, loss of relationship, death of a close family member). | | ✓ | |
| 4. Detainee is very worried about major problems other than legal situation (e.g. serious financial or family problems, a medical condition or fear of losing job). | | ✓ | |
| 5. Detainee's family or significant other (spouse, parent, close friend, lover) has attempted or commited suicide. | | ✓ | |
| 6. Detainee has a psychiatric history. (Note current psychotropic medications and name of most recent treatment agency). | X | | In Evanston as a child. |
| 7. Detainee has a history of drug or alcohol abuse. | | ✓ | |
| 8. Detainee holds a position of respect in community (e.g. professional, public official) and/or alleged crime is shocking in nature. **If YES, notify Jail Administrator or his designee.** | | ✓ | |
| 9. Detainee is thinking about killing himself/herself. **If YES, notify Jail Administrator or his designee.** | | ✓ | |
| 10. Detainee has a previous suicide attempt. (Check wrists and note method). | | ✓ | |
| 11. Detainee feels that there is nothing to look forward to in the future (e.g. expresses feelings of helplessness or hopelessness). **If YES to 10 and 11, notify Jail Administrator or his designee.** | | ✓ (Nothing To Look Forward To) | |
| **BEHAVIOR / APPEARANCE** | | | |
| 12. Detainee shows signs of depression (e.g. crying, emotional flatness). | | ✓ | |
| 13. Detainee appears overly anxious, afraid, or angry. | | ✓ | |
| 14. Detainee appears to feel unusually embarassed or ashamed. | | ✓ | |
| 15. Detainee is acting and/or talking in a strange manner (e.g. cannot focus attention, hearing or seeing things which are not there). | | ✓ | |
| 16. A. Detainee is apparently under the influence of alcohol or drugs. | | ✓ | |
| B. If YES, is detainee incoherent, or showing signs of withdrawal or mental illness? **If YES to both A & B, notify Jail Administrator or his designee.** | | | |
| **CRIMINAL HISTORY** | | | |
| 17. No prior arrests. | | ✓ (NONE) | |

**TOTAL COLUMN A** ___1___

**ACTIONS**
If total checks in Column A are eight (8) or more, notify Jail Adminstrator or his designee.

Jail Administrator or his designee Notified:   Yes ____   No ✓

Supervision Instituted:   Routine ✓   Active ____   Constant ____

|  | **EMERGENCY** | **NONEMERGENCY** |
|---|---|---|
| Detainee Refered to Medical/Mental Health: Yes ____ No ✓ | IF YES Medical ____ | Medical ____ |
| | Mental Health ____ | Mental Health ____ |

Medical/Mental Health Personnel Actions: (To be completed by Medical/Mental Health staff)

DEEHAAN-000414

RETURN TO JAIL ADMINISTRATOR UPON INMATES RELEASE