INMATE'S NAME: _Rudolph DeHaan_

# NON-EMERGENCY MEDICAL REQUEST / CONSENT FORM

Date of Request: _11-2-04_    Time of Request: _11:10 AM_

**Nature of the Problem:**

Broken Arm

_Pending Original ORTHOPOD'S orders_

**When was it first noticed?**

Oct 20, 04

**What caused the problem?**

Work Related Injury

**What do you want done about it?**

Keep Appointments

I hereby authorize the medical staff at the Park County Detention Center and any other bonafide medical, dental, or optical care services to render treatment and to perform operative and/or diagnostic examination procedures as deemed necessary and/or advisable. I hereby authorize release of information necessary for my further care if deemed necessary. I accept any and all financial responsibility for any costs related to this request and understand this responsibility exists even after my release from the Park County Detention Center. Further, I understand that if I do not meet this financial responsibility, I may face court action to recover any costs related to this request.

Signature: _RudR_

**Medical Personnel's Notes:**

**EXHIBIT 4**    **DEEHAAN-000423**