# Jail Log - Query Printout

10/19/2006 9:22:05 AM

Query Parameters:  Date Range: 10/29/2004 to 11/07/2004
Officer:
Activity:
Subject: dehaan
Comment:

| Date and Time | Officer | Activity | Subject | Comment |
|---|---|---|---|---|
| 10/29/2004 9:02:08 PM | LMarascio | Booking | DEHAAN,RUDOLPH | BOOKED IN, INFO TO FOLLOW |
| 10/29/2004 9:33:46 PM | LMarascio | Booking | DEHAAN,RUDOLPH | W/M DOB/010461 SOC/520867179. CPD STAFFORD/RICHARDS FOR B/W FOR VIOLATION OF PROT ORDER |
| 10/29/2004 9:49:23 PM | LMarascio | CrimHist | DEHAAN,RUDOLPH SR | NEG WANTS/WARRANTS/ FBI/230767V6  SID/WY00028148 |
| 10/30/2004 4:55:04 PM | LMarascio | Medical | DEHAAN, RUDY | 2 ACETAMINOPHEN PER REQ FOR ACHES IN HIS BROKEN ARM |
| 10/30/2004 8:06:14 PM | LMarascio | Account | DEHAAN, RUDY | ROA FROM LINDA ASBILL $100.00 |
| 10/31/2004 11:15:32 AM | BLaPierre | Medical | DEHAAN, RUDY | PROVIDED 2 TYLENOL BY RX |
| 11/1/2004 7:34:20 AM | AOffley | Medical | DEHAAN, RUDY | R&R 2 TYLENOL |
| 11/1/2004 8:56:33 AM | CHancock | Court | DEHAAN,RUDOLPH | OUT TO CC ESCORTED BY DR & BL |
| 11/1/2004 10:34:01 AM | DRamey | Court | DEHAAN, RUDOLPH | BACK FROM CC. PLED GUILTY. TOTAL OF $430 OF FINES TO BE PAID BEFORE 30TH DAY OF DEC. 2004. SEVEN DAYS LEFT TO SERVE IN JAIL. |
| 11/1/2004 11:37:00 AM | DRamey | Report | DEHAAN, RUDOLPH | TOLD JUDGE IN CC TODAY HE HAD TO BE AT POWELL HOSPITAL FOR AN APPOINTMENT AT 1300 REGARDING HIS LEFT ARM. |
| 11/1/2004 12:31:53 PM | CHancock | Medical | DEHAAN,RUDOLPH | PHONED KEMMERER HOSPITAL TO GET INFORMATION ON MR.DEHAAN. THEY ARE FAXING US A MEDICAL RELEASE FOR MR. DEHAAN TO FILL OUT AND FAX BACK TO THEM. |
| 11/1/2004 12:58:21 PM | DRamey | Report | DEHAAN, RUDOLPH | CONTINUED FROM PREVIOUS REPORT. I CALLED POWELL HOSTPITAL ABOUT DEHAAN AND THEY KNEW NOTHING ABOUT HIS APPOINTMENT. SO I WENT TO DEHAAN AND HE SAID HE HAD MADE A MISTAKE IT WAS KEMMERER HOSPITAL WE HAD TO CALL TO GET THE INFORMATION. AT THAT POINT |
| 11/1/2004 1:01:44 PM | DRamey | Report | DEHAAN, RUDOLPH | CONT. -  OFFICER HANCOCK TOOK OVER SEEKING INFORMATION ON DEHAAN. |
| 11/2/2004 11:31:32 AM | CHancock | Medical | DEHAAN,RUDOLPH | FAXED MEDICAL REQUEST TO HERK |
| 11/2/2004 1:15:35 PM | CHancock | Medical | DEHAAN,RUDOLPH | OUT TO CALL HIS MOTHER ABOUT HIS MEDICAL |
| 11/2/2004 1:35:04 PM | CHancock | Medical | DEHAAN,RUDOLPH | PHONED KIMMERER HOSPITAL AND SPOKE WITH THEM TO RELEASE HIS MEDICAL RECORDS. THEY ARE TO BE FAXING US THE INFORMATION. |
| 11/2/2004 2:05:15 PM | CHancock | Medical | DEHAAN,RUDOLF | RECEIVED MEDICAL INFORMATION FROM KIMMERER HOSPITAL, COPIED IT AND PLACE A COPY IN HIS FILE AND PROVIDED HIM WITH THE ORIGINAL. THE INFORMATION SHOWS HE WAS TREATED ON 10/12/04 AND NEEDS TO BE SEEN IN 4 WEEKS FROM THAT DATE, WHICH MEANS HE NEEDS TO BE |
| 11/2/2004 2:05:24 PM | CHancock | Medical | DEHAAN,RUDOLF | |
| 11/2/2004 2:06:27 PM | CHancock | Medical | DEHAAN,RUDOLF | SEEN AFTER HIS RELEASE DATE WHICH IS 11/8/04. |
| 11/3/2004 9:30:06 AM | CHancock | Phone | DEHAAN,RUDOLPH | LEFT MESSAGE AT MR. SIMPSON'S OFFICE |
| 11/3/2004 10:16:55 AM | JSimmons | Report | DEHAAN, RUDOLPH | RECEIVED 4 PAIR OF SOCKS AND 4 PAIR OF UNDERWEAR PLACED IN LOCKER |
| 11/3/2004 12:58:21 PM | KThagard | Transfer | DEHAAN, RUDOLPH | AT APP 1115 TRANSFERED TO BHCO BY VV AND KB, ASSISTED BY KBT, CH AND JS |
| 11/7/2004 1:38:35 PM | CHancock | Release | DEHAAN,RUDOLPH | TIME SERVED RELEASED FROM BHCO |

**EXHIBIT 5**                               **DEEHAAN-000412**