# EXHIBIT A

# Deposition of Rudolph Dehaan

*Dehaan v. Rockvam,* Case No. 07-CV-257-J
Response to Request to Set Aside Order

```
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF WYOMING



RUDOLF DEHAAN,                  )Civil Case No.
                                )        7-CV-257
        Plaintiff,              )
                                )
    VS.                         )
                                )
PERRY ROCKVAM, Individually     )
and as Representative for       )
CODY POLICE DEPARTMENT, AND     )
                                )
CODY POLICE DEPARTMENT, AND     )
                                )
SCOTT A. STEWARD,               )
Individually and as             )
Representative for PARK         )
COUNTY SHERIFF'S DEPARTMENT     )
AND DETENTION CENTER, AND       )
                                )
PARK COUNTY SHERIFF'S OFFICE    )
AND DETENTION CENTER, AND       )
                                )
OFFICER TORIN CHAMBERS, AND     )
                                )
JOHN DOES #1, #2, #3, #4, #5,   )
AND #6,                         )
                                )
        Defendants.             )
```

_____

DEPOSITION OF

RUDOLF DEHAAN

_____

JUNE 9, 2008

Page 59

1     arm.
2 Q.   Was the pop something that you heard sort of
3     inside of you or was it something that was
4     externally?
5 A.   No, he -- everybody heard it, because everybody
6     just stopped moving, too.
7 Q.   Other than the other two officers, was there
8     anybody else in the vicinity?
9 A.   Right about then Officer Chan Richards pulled
10    up in his cruiser.
11 Q.  How do you know Chan Richards pulled up that
12    point?
13 A.  I just know him.  I'm friends with him, I used
14    to be.
15 Q.  So you're face down on the ground, I assume?
16 A.  Yep.
17 Q.  How did you see Chan pull up?
18 A.  I was facing the street.  My face was towards
19    the street.
20 Q.  Tell me what you experienced when the pop
21    happened.
22 A.  A lot of pain.
23 Q.  What kind of pain?
24 A.  A lot of pain.
25 Q.  Was it -- did it feel like when it was first